IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ALBERTO GUILLEN-GORDILLO,<br>OMERO BANDERAS-RODRIQUEZ,<br>JOSUE BERMUDEZ-LOPEZ and<br>SAMUEL VELASCO-TOVAR,<br><br>　　　　　Defendants. | Case No. CR-19-84-GF-BMM<br><br>ORDER |

Following the telephonic status conference held on December 5, 2019 (Doc. 52).

IT IS HEREBY ORDERED that the Court will not provide interpreters for the above-named defendants for their use at the depositions scheduled for December 17 and 18, 2019. The United States Attorney will provide two certified interpreters for their use at the depositions, pursuant to 18 U.S.C §1827(c)(2).

Counsel for the above-named defendants may retain their own interpreters, not to exceed the allotted amount pursuant to the Criminal Justice Act, §220.10

Payment for Interpreters Appointed under the Criminal Justice Act and 18 U.S.C. §3006A(e)(2)(A).

DATED this 9th day of December, 2019.

Brian Morris
United States District Court Judge